# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINGO COLON MONTANEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD KELLER, et al.,<br><br>　　　　Defendants | CIVIL ACTION NO. 3:13-CV-02564<br><br>　　(CAPUTO, J.)<br>　　(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 28th day of January, 2014, upon consideration of Plaintiff's motion for reconsideration (Doc. 14), **IT IS HEREBY ORDERED** that, for the reasons set forth in the Memorandum filed concurrently with this Order, the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**