IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINGO COLON MONTANEZ,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD KELLER, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:13-CV-2564<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE MEHALCHICK) |

### ORDER

**NOW**, this 15th day of May, 2014, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 24) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that the Report & Recommendation (Doc. 24) is **ADOPTED**. Plaintiff's Motion for Default judgment is **DENIED without prejudice**. This case is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge