IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOMINGO COLON MONTANEZ,

    Plaintiff,

v.

RICHARD KELLER, et al.,

    Defendants.

CIVIL ACTION NO. 3:CV-13-2564

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 20th day of January, 2015, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 34) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 34) is **ADOPTED**.

(2)     Defendants' Motion to Dismiss (Doc. 25) is **GRANTED**.

(3)     Plaintiff's Complaint (Doc. 1) is **DISMISSED**, with leave to file an amended complaint within thirty (30) days. If Plaintiff fails to file an amended complaint within this period, his action will be dismissed **with prejudice**.

(4)     This matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

**FILED**
**SCRANTON**

JAN 2 0 2015

Per _____
DEPUTY CLERK

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge